UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SELENE MATEOS and NOE MONTEMAYOR, On Behalf of Themselves and All Others Similarly Situated, | ] ] ] ] | CAUSE NO.: 5:12-cv-00529-DAE |
| *Plaintiffs*, | ] ] | |
| v. | ] ] | JURY TRIAL DEMANDED |
| SELECT ENERGY SERVICES, LLC, | ] ] | |
| *Defendant*. | ] ] | COLLECTIVE ACTION |

**PLAINTIFFS' DESIGNATION OF EXPERT WITNESS**

Plaintiffs do not intend to present any expert witnesses to testify at trial. However, out of an abundance of caution in order to ensure compliance with the Court's Scheduling Order, Plaintiffs make this filing. In the event of a judgment in Plaintiffs' favor, Plaintiffs will present evidence in support of a Rule 54(d) post-judgment motion for attorneys' fees, taxable costs and nontaxable costs. Michael K. Burke will be Plaintiffs' expert witness in support of any such motion.

Respectfully submitted,

By: **/S/ Michael K. Burke**
_____
Michael K. Burke
mburke@mmguerra.com
Texas State Bar No.: 24012359
S.D. of Tex. No.: 24356
*Attorney-In-Charge for Plaintiff*
3900 N. 10th St., Suite 850
McAllen, Texas 78501
(956) 682-5999 – Telephone
(888) 317-8802 – Facsimile

**Of Counsel:**

Michael M. Guerra
mike@mmguerra.com
Texas State Bar No.: 00787603
S.D. of Tex. No.: 18850
**THE LAW OFFICES OF MICHAEL M. GUERRA**
3900 N. 10th St., Suite 850
McAllen, Texas 78501
(956) 682-5999 – Telephone
(888) 317-8802 – Facsimile

Alfredo Z. Padilla
padillaattorney@sbcglobal.net
Texas State Bar No.: 15405800
**LAW OFFICE OF ALFREDO Z. PADILLA**
104 North 5th St.
P.O. Drawer 355
Carrizo Springs, Texas 78834
(830) 876-9123 – Telephone
(830) 876-9531 – Facsimile


## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was served upon and forwarded to the following counsel of record in compliance with the Federal Rules of Civil Procedure via the Western District's CM/ECF system on this the 15th day of September, 2014.

James M. Cleary, Jr.
Julie Wilson
**MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.**
808 Travis, Suite 1800
Houston, Texas 77002

                                                  /S/ Michael K. Burke
                                                  _____
                                                  Michael K. Burke