# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| SELENE MATEOS and<br>NOE MONTEMAYOR, On Behalf of<br>Themselves and All Others Similarly Situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>SELECT ENERGY SERVICES, LLC,<br><br>*Defendant*. | CAUSE NO.: 5:12-cv-00529-DAE<br><br><br>JURY TRIAL DEMANDED<br><br><br>COLLECTIVE ACTION |

## DEFENDANT'S DESIGNATION OF EXPERT WITNESS

In light of Plaintiffs' "non-designation" of expert witnesses, neither does Defendant designate any expert witnesses. In the event Plaintiffs present expert evidence in support of a Rule 54(d) post-judgment motion for attorneys' fees, taxable costs and nontaxable costs, or otherwise, Defendant expects to present expert testimony as well. William Jackson Wisdom, James M. Cleary, Jr, and Julie Wilson will be Defendant's expert witnesses in that event.

Respectfully submitted,

*/s/ W. Jackson Wisdom*
W. Jackson Wisdom
Texas Bar No. 21804025
Federal ID No. 13756
wisdom@mdjwlaw.com
Martin, Disiere, Jefferson & Wisdom, L.L.P.
808 Travis, 20th Floor
Houston, Texas 77002
(713) 632-1700 - Telephone
(713) 222-0101 - Facsimile
**ATTORNEY-IN-CHARGE FOR DEFENDANT,**
**SELECT ENERGY SERVICES, L.L.C.**

**OF COUNSEL:**
James M. Cleary, Jr.
Texas Bar No. 00783838
Federal ID No. 15499
*cleary@mdjwlaw.com*
Julie Wilson
Texas State Bar No. 24070062
Federal ID No. 1139374
*wilson@mdjwlaw.com*
Martin, Disiere, Jefferson & Wisdom, L.L.P.
808 Travis, 20th Floor
Houston, Texas 77002
(713) 632-1700 - Telephone
(713) 222-0101 - Facsimile

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the above and foregoing instrument has been served by electronic mail via CM/ECF and/or by facsimile, on this the 14th day of November, 2014 to:

Michael K. Burke
Michael M. Guerra
The Law Offices of Michael M. Guerra
3900 North 10th Street, Suite 850
McAllen, Texas 78501

Alfredo Z. Padilla
Law Office of Alfredo Z. Padilla
104 North 5th Street
P.O. Drawer 355
Carrizo Springs, Texas 78834

                               */s/ James M. Cleary, Jr.*
                                 James M. Cleary, Jr.