UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SELENE MATEOS and | ] | CAUSE NO.: 5:12-cv-00529-DAE |
| NOE MONTEMAYOR, On Behalf of | ] | |
| Themselves and All Others Similarly Situated, | ] | |
| | ] | |
| *Plaintiffs*, | ] | |
| | ] | |
| v. | ] | JURY TRIAL DEMANDED |
| | ] | |
| SELECT ENERGY SERVICES, LLC, | ] | |
| | ] | |
| *Defendant*. | ] | COLLECTIVE ACTION |
| | ] | |

## ADR REPORT

Pursuant to the Court's Order dated October 29, 2014, Plaintiffs and Defendant (collectively referred to as "the parties") submit this report addressing the status of settlement negotiations.

1. The person responsible for settlement negotiations for Plaintiffs is Michael K. Burke. Mr. Burke's contact information is as follows:

> Michael K. Burke
> mburke@mmguerra.com
> THE LAW OFFICES OF MICHAEL M. GUERRA
> 3900 N. 10th St., Suite 850
> McAllen, Texas 78501
> (956) 682-5999 – Telephone
> (888) 317-8802 – Facsimile

2. The person responsible for settlement negotiations for Defendant is James M. Cleary, Jr. Mr. Cleary's contact information is as follows:

> James M. Cleary, Jr.
> cleary@mdjwlaw.com
> MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.
> 808 Travis, Suite 1800
> Houston, Texas 77002

(713) 632-1700
(713) 222-0101

3. Plaintiffs made a settlement demand on November 7, 2014. Defendant responded to Plaintiffs' demand on November 19, 2014. Plaintiffs replied on December 4, 2014, and the parties are currently engaged in settlement negotiations.

4. The parties do not believe alternative dispute resolution would be beneficial at this time. Because the Plaintiffs reside throughout the United States and many would be unable to attend mediation, the parties believe that informal settlement negotiations are the best method for resolving this case.

Respectfully submitted,

*/s/ Michael K. Burke*
Michael K. Burke
Texas Bar No. 24012359
Federal ID No. 24356
mburke@mmguerra.com
THE LAW OFFICES OF MICHAEL M. GUERRA
3900 N. 10th St., Suite 850
McAllen, Texas 78501
(956) 682-5999 – Telephone
(888) 317-8802 – Facsimile

**Attorney-in-Charge for Plaintiffs**

*/s/ W. Jackson Wisdom*
W. Jackson Wisdom
Texas Bar No. 21804025
Federal ID No. 13756
wisdom@mdjwlaw.com
MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.
808 Travis, Suite 1800
Houston, Texas 77002
(713) 632-1700 – Telephone
(713) 222-0101 – Facsimile

**Attorney-in-Charge for Defendant**
**Select Energy Services, L.L.C.**

**OF COUNSEL:**

Michael M. Guerra
Texas Bar No. 00787603
Federal ID No. 18850
mike@mmguerra.com
THE LAW OFFICES OF MICHAEL M. GUERRA
3900 N. 10th St., Suite 850
McAllen, Texas 78501
(956) 682-5999 – Telephone
(888) 317-8802 – Facsimile

**Attorney for Plaintiffs**


Alfredo Z. Padilla
Texas Bar No. 15405800
padillaattorney@sbcglobal.net
LAW OFFICE OF ALFREDO Z. PADILLA
104 North 5th St.
P.O. Drawer 355
Carrizo Springs, Texas 78834
(830) 876-9123 – Telephone
(830) 876-9531 – Facsimile

**Attorney for Plaintiffs**


James M. Cleary, Jr.
Texas Bar No. 00783838
Federal ID No. 15499
cleary@mdjwlaw.com
Martin, Disiere, Jefferson & Wisdom, L.L.P.
808 Travis, Suite 1800
Houston, Texas 77002
(713) 632-1700
(713) 222-0101

**Attorneys for Defendant Select Energy Services, L.L.C.**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing instrument has been served by electronic mail via CM/ECF and/or by facsimile, on this the 4th of December, 2014 to:

Michael K. Burke
Michael M. Guerra
THE LAW OFFICES OF MICHAEL M. GUERRA
3900 N. 10th St., Suite 850
McAllen, Texas 78501

Alfredo Z. Padilla
LAW OFFICE OF ALFREDO Z. PADILLA
104 North 5th Street
Carrizo Springs, Texas 78834

                                                */s/ James M. Cleary, Jr.*_____
                                                James M. Cleary, Jr.