# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| SELENE MATEOS and NOE MONTEMAYOR, On Behalf of Themselves and All Others Similarly Situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> SELECT ENERGY SERVICES, LLC, <br><br> *Defendant*. | CAUSE NO.: 5:12-cv-00529-DAE <br><br><br><br> JURY TRIAL DEMANDED <br><br><br> COLLECTIVE ACTION |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiffs and Select Energy Services, LLC hereby stipulate to the dismissal of the claims of Clifford Dilling, Amy Hill and William Story, without prejudice, with each party bearing its own costs. This dismissal applies only to the claims belonging to Clifford Dilling, Amy Hill and William Story and does not affect any other plaintiff in this case.

Respectfully submitted,   Respectfully submitted,

    **/S/ Michael K. Burke**      **/S/ W. Jackson Wisdom**
By:_____   By:_____
    Michael K. Burke       W. Jackson Wisdom
    mburke@mmguerra.com       wisdom@mdjwlaw.com
    Texas State Bar No.: 24012359       Texas Bar No. 21804025
    S.D. of Tex. ID No.: 24356       Federal ID No. 13756
    *Attorney-In-Charge for Plaintiffs*       *Attorney-In-Charge for Defendant*
3900 N. 10th St., Suite 850   808 Travis, Suite 1800
McAllen, Texas 78501   Houston, Texas 77002
(956) 682-5999 – Telephone   (713) 632-1700 - Telephone
(888) 317-8802 – Facsimile   (713) 222-0101 - Facsimile

| Of Counsel for Plaintiffs: | Of Counsel For Defendant: |
|---|---|
| Michael M. Guerra<br>mike@mmguerra.com<br>Texas State Bar No.: 00787603<br>S.D. of Tex. No.: 18850<br>**THE LAW OFFICES OF**<br>   **MICHAEL M. GUERRA**<br>3900 N. 10th St., Suite 850<br>McAllen, Texas 78501<br>(956) 682-5999 – Telephone<br>(888) 317-8802 – Facsimile<br><br><br>Alfredo Z. Padilla<br>padillaattorney@sbcglobal.net<br>Texas State Bar No.: 15405800<br>**LAW OFFICE OF ALFREDO Z. PADILLA**<br>104 North 5th St.<br>P.O. Drawer 355<br>Carrizo Springs, Texas 78834<br>(830) 876-9123 – Telephone<br>(830) 876-9531 – Facsimile | James M. Cleary, Jr.<br>cleary@mdjwlaw.com<br>Texas Bar No. 00783838<br>Federal ID No. 15499<br>Julie Wilson<br>wilson@mdjwlaw.com<br>Texas State Bar No. 24070062<br>Federal ID No. 1139374<br>**MARTIN, DISIERE, JEFFERSON**<br>   **& WISDOM, L.L.P.**<br>808 Travis, Suite 1800<br>Houston, Texas 77002<br>(713) 632-1700 - Telephone<br>(713) 222-0101 - Facsimile |

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that he conferred with opposing counsel regarding the foregoing stipulation and he is agreed.

                          **/S/ Michael K. Burke**
                          _____
                          Michael K. Burke

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that a true and correct copy of the above and foregoing document was served upon and forwarded to the following counsel of record in compliance with the Federal Rules of Civil Procedure via the Western District's CM/ECF system on this the 2 day of January, 2015.

W. Jackson Wisdom
James M. Cleary, Jr.
Julie Wilson
**MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.**
808 Travis, Suite 1800
Houston, Texas 77002

                 **/S/ Michael K. Burke**
                 _____
                 Michael K. Burke