UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| Selene Mateos, et al., | § § | |
| Plaintiffs, | § § | NO: SA:12-CV-00529-DAE |
| vs. | § § § | |
| Select Energy Services, LLC, | § § | |
| Defendant. | § § | |

## ORDER FOR SETTLEMENT PAPERS

On February 2, 2015 counsel for plaintiff advised the Court that this case settled. The parties have not filed the closing paperwork in this case. Accordingly, it is hereby ORDERED that:

1) The parties shall submit a stipulation of dismissal or agreed judgment and any appropriate supporting documents on or before **Thursday, February 26, 2015**. If the parties are unable to submit those documents by that date, parties should move for an extension of time to file the documents. Failure to so move shall result in a dismissal of this case from the Court's docket for failure to diligently prosecute.

2) All pretrial deadlines in this case are hereby STAYED pending the submission of the parties' stipulation of dismissal or agreed judgment, and any appropriate supporting documents. These deadlines will be reinstated if the parties are unable to finalize their settlement of this case.

3) Any motions pending in this action are DENIED WITHOUT

PREJUDICE, subject to reurging should settlement fail.

5) Any court settings in this case are cancelled.

No extensions of the above deadline shall be granted except upon a showing of good cause.

IT IS SO ORDERED.

DATED: San Antonio, Texas, February 03, 2015.

_____
DAVID A. EZRA
SENIOR U.S. DISTRICT JUDGE